**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7615**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHARLES JEROME SIMPKINS,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. M.J. Garbis, District Judge. (CR-87-502-MJG, CA-96-814-MJG)

---

Submitted: April 17, 1997          Decided: April 29, 1997

---

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Charles Jerome Simpkins, Appellant Pro Se. Beth Perovich Gesner, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997) and his motion for reconsideration of that order. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Simpkins</u>, Nos. CR-87-502-MJG; CA-96-814-MJG (D. Md. Aug. 9 and Oct. 11, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>